**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

TORREY COLEMAN,

                Plaintiff,

    - against -

**JUDGMENT**

CV-04-1372 (DRH)

DENNIS DILLON, NASSAU COUNTY
SHERIFF DEPARTMENT MEDICAL,
LEGAL AID SOCIETY,

                Defendants.

------------------------------------------------------------X

      A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on September 28, 2004, dismissing plaintiff's complaint with prejudice, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; and that the complaint is hereby dismissed with prejudice.

Dated:  Central Islip, New York
           October 1, 2004

                                            ROBERT C. HEINEMANN
                                            CLERK OF THE COURT

                            By:    /s/ Lorraine Sapienza
                                              Deputy Clerk